UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
——————————————————-————X
SAMANTHA EDNIE,

                      Plaintiff,           **MOTION FOR TEMPORARY RESTRAINING ORDER**

Against                                  Civil Action No.: 2:23-cv-00473

STATE UNIVERSITY OF NEW YORK and
STONY BROOK UNIVERSITY,

                      Defendants.
——————————————————-———X

## MOTION FOR TEMPORARY RESTRAINING ORDER

      Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs, Samantha Ednie, by and through undersigned counsel, hereby move this Court for a Temporary Restraining Order (TRO), immediately enjoining the enforcement of Defendants' mandated Covid-19 vaccination requirements as applied to Plaintiff.

      Plaintiff is in danger of missing the entire year of being on the Stony Brook Lacrosse team and will miss an entire year if she is not granted the exemption and reinstated on the team.

      Plaintiff has noticed Defendants' counsel of this application and will forward all the filed documents to Defendants' counsel. The Stony Brook Lacrosse team began practice for the Spring season on January 24, 2023.

      For all the reasons stated in the attached Brief in Support, Plaintiff respectfully requests that this Honorable Court grant her Motion and issue a Temporary Restraining Order against Defendants enjoining the enforcement of Defendants' mandated Covid-19 vaccination requirements as applied to Plaintiff.

      **WHEREFORE**, Plaintiff respectfully requests that the Court immediately issue the requested TRO pending a hearing on whether a broader preliminary injunction should issue.

Respectfully submitted,

**MERMIGIS LAW GROUP, P.C.**

*Attorneys for Plaintiff*

By: */s/ James Mermigis*

_____

James G. Mermigis, Esq.
85 Cold Spring Road, Suite 200
Syosset, NY 11791
516-353-0075

## CERTIFICATE OF SERVICE

     I hereby certify that on January 26, 2023, a copy of the foregoing Motion for Temporary Restraining Order, with Brief in Support and Exhibits, was filed electronically with the Court and Emailed to Defendants' Counsel. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the court's electronic filing system. Parties may access this filing through the court's system.

**MERMIGIS LAW GROUP, P.C.**

By: */s/ James Mermigis*

_____

James G. Mermigis, Esq.