

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
Attorney General

REGIONAL OFFICE DIVISION  
NASSAU REGIONAL OFFICE

February 13, 2023

Honorable Joan M. Azrack  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

                      Re:    <u>Samantha Ednie v. State University of New York, et al.</u>  
                              <u>23-cv-0473 (JMA/ST)</u>

Dear Judge Azrack:

      I represent Defendants, State University of New York and Stony Brook University (collectively "SBU"), in the above-captioned matter, and write to inform the Court that this action is immediately voluntarily dismissed, by the attached stipulation of all parties, pursuant to FRCP Rule 41(a)(1)(A)(ii).  I request that Your Honor "so order" the stipulation if Your Honor deems it appropriate.  This stipulation has immediate effect and this action is voluntarily dismissed in any event.

      Thank you for your consideration.

                                                          Very truly yours,

                                                           /s/ Richard Yorke

                                                           Richard Hunter Yorke  
                                                           Assistant Attorney General

cc:      Counsel for Plaintiff by ECF