UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAMANTHA EDNIE,

                    Plaintiff,

                                                Case No.: 2:23-cv-00473-JMA-ST

              - against -

STATE UNIVERSITY OF NEW YORK and
STONY BROOK UNIVERSITY,

                    Defendants.
-----------------------------------------------------------------X

## VOLUNTARY STIPULATION OF DISMISSAL PURSUANT TO
## FRCP RULE 41(a)(1)(A)(ii)

        **IT IS HEREBY STIPULATED AND AGREED** by the parties to this action and

through their undersigned attorneys that pursuant to FRCP Rule 41(a)(1)(A)(ii) the Complaint,

Emergency Motion for a Temporary Restraining Order, and all other proceedings relating to this

case are hereby voluntarily dismissed with prejudice.


Dated: Syosset, NY
       February 10, 2023

THE MERMIGIS LAW GROUP, PC
*Attorney for Plaintiff*

By: _____
    James Mermigis, ESQ.
    85 Cold Spring Road, Suite 200
    Syosset, NY 11791

Dated: Mineola, NY
       February 10, 2023

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants*

By:   *s// Richard Yorke*

    Richard Hunter Yorke
    Assistant Attorney General
    200 Old Country Road, Suite 240
    Mineola, NY 11501-4241


So Ordered:

_____
HON. JOAN M. AZRACK

1